## EL PUEBLO *v.* GARCÍA.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 21.—Resuelto en Junio 22, 1904.

APELACIÓN—ERROR MANIFIESTO EN AUTOS.—No apareciendo de los autos error alguno que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. del Toro, Fiscal.*

La parte apelante no compareció

EL JUEZ ASOCIADO SR. MACLEARY, emitió la siguiente opinión del Tribunal.

El apelante en esta causa fué juzgado por la Corte de Distrito de Mayagüez por el delito de extorsión. La acusación que contra él presentó el Fiscal es como sigue:

"El citado Juan Bautista García, en un dia del mes de Abril del corriente año, 1903, en que ejercía funciones de comisionado de apremio del Municipio de Añasco, se presentó en la casa de Don Pedro Ruiz Carrero, vecino del barrio de Calvache, del poblado de Rincón, que forma parte de este Distrito Judicial, y haciendo creer á dicho Don Pedro Ruiz Carrero, falseando la verdad, que se encontraba adeudando cinco dollars noventa y cinco centavos al Municipio de Añasco por contribuciones atrasadas, le exigió el pago de dicha cantidad amenazándole con embárgarle bienes si no lo verificaba, consiguiendo mediante dicha amenaza sacar al Ruiz cuatro dollars, dándole un recibo escrito en lapiz, en el que hizo constar haber recibido los cinco dollars noventa y cinco centavos por contribuciones al Tesoro. Este hecho es contrario á la ley para tal caso prevista y á la paz y dignidad del Pueblo de Puerto Rico."

La acusación se presentó el 9 de Junio de 1903. La acusación le fué leida al acusado el dia 15 del mismo mes, y negó la acusación y solicitó juicio por jurados, escogiendo como abogado á Don Pascasio Fajardo. No considerando suficiente el Tribunal la fianza de doscientos dollars que ofreció el acusado, la aumentó á quinientos dollars, por cuya razón quedó detenido.

En 6 de Octubre se señaló el juicio y el acusado renunció al juicio por jurados, y el 15 de Abril de 1904 se celebró el juicio, habiendose suspendido varias veces con anterioridad á esa fecha. Todos los testigos estuvieron presentes y fueron juramentados. Don Pedro Ruiz Carrero. vecino del barrio de Calvache de Rincón, dijo que el acusado estuvo en su casa cobrándole contribuciones atrasadas, las cuales no creía deber, diciéndole aquél, que debía 5 pesos con 95 centavos; que el dicente contestó no tener dinero, y entonces García le propuso hacerle un negocio, que le diera cuatro pesos y le daría recibo por los $5.95; que pidió el dinero prestado y lo entregó á García, quien le extendió un recibo con lapiz; que más tarde, y ante el Cabo de Policía Insular Quiñones, trató García de que le devolviera el recibo. Á preguntas de la defensa contestó: que hizo el negocio con García ante un hijo

del declarante, sería la una del dia de autos, y le entregó cuatro pesos en plata, cuyo acto ocurrió en la Sala. Contestando al Tribunal: que cuando el acusado le réquirió al pago, diciéndole que eran contribuciones atrasadas, le contestó el dicente, que no podiá ser por haberlas pagado ya. Andres Ruis Rosado, dijo: que vió al acusado en casa de Carrero su padre, y le dijo que le daría recibo por $5.95 si le entregaba $4; que su padre se los entregó, y entonces Garcia le expidió recibo en lapiz por los $5.95, manifestándole que despues le entregaría el talonario. Reconoce el testigo el recibo presentado por el Ministerio Fiscal, manifestando que se le parece al mismo que extendió Garcia á su padre. A repreguntas de la defensa, dijo: que ha dicho se le parece el recibo, porque en él aparece estampada la cantidad de $5.95 cuya cantidad fué cobrada á su padre; que éste entregó á Garcia los $4 á su presencia, en la Sala de la casa, y en la mañana del dia de autos. Fernando Quiñones, Cabo P. I., que prestaba servicios en el poblado de Rincón, en Abril del año pasado, declaró y hace relación de lo expuesto por Andrés Carrero en este acto. Que luego de denuuciado el acusado, como á la siguiente semana, aquél le ofreció ante el Guardia Mendoza, en el Cuartel de la Policía, devolver el dinero á Carrero si le acompañaba ante él. Y á repreguntas de la defensa; que todo lo que ha declarado y sabe es por habérselo dicho Ruiz; y á repreguntas del Ministerio Fiscal, dijo; que á la semana siguiente de haber comparecido en Fiscalia, fué que el acusado le hizo la proposición de que ha hecho mérito.

Entrando en las pruebas de la defensa, declara prévio juramento Isaac Figueroa, empleado del Juzgado Municipal de Añasco, manifestando; que fué donde Carrero de parte de Garcia, en Abril del año pasado, para que pasara á la Alcaldia de dicho pueblo para arreglar un recibo que se le sacaba en Teroreria sobre el pago de contribuciones. Plácido Polanco; que allá por Abril del año pasado, cuya fecha exacta

no recuerda, recibió una carta de Juan Bautista Garcia, para que avisara á Don Pedro Ruiz con el fin de que éste pasase á la Alcaldia de Añasco á arreglar una diferencia de contribuciones. En este estado el abogado introduce como prueba la carta á que se refiere el testigo, y no haciendo oposición á ello el Ministerio Fiscal, el Tribunal la admitió y fué reconocida por el testigo como la misma que habia recibido. Ricardo Cumpiano, declara; que en el mes de Abril del año pasado estuvo en Añascó, y encontrándose en la Tesorería del Municipio, oyó decir al acusado, que hablaba con el Tesorero, sobre diferencia en una contribución que debia Carrero, y como no hubiera conformidad, el García Rios manifestó al Tesorero que le escribiría á Carrero sobre aquél asunto. Y contestando á la Presidencia del Tribunal, que hay una sucesión en Rincón, llamada Ruiz. Declara el acusado bajo juramento, que en el mes de Abril de 1903, como comisionado de apremios, del Municipio de Añasco, se constituyó en Rincón, y personándose en la casa de Don Pedro Ruiz le requirió para el pago de las contribuciones, y como le preguntara á cuanto ascendía, le contestó que $5.95; que como el Ruiz no tenia dinero fué á casa de un tal Cajigas, y éste le prestó la cantidad, la cual le fué entregada al dicente por el Ruiz; que fué á depositarla en Añasco para averiguar quienes eran los deudores Ruiz, y el Tesorero le manifestó que volviera á Rincón, pero como el dicente estaba enfermo, escribió á Polanco con objeto de que avisara á Ruiz, y á los dos ó tres días se presentó el Cabo Quiñones á denunciarlo. Niega en absoluto los hechos expuestos por los testigos Ruiz y Quiñones. A preguntas del Presidente, dijo; que la sucesión Ruiz se compone de Domingo, Sixto, Ramón y Andrés, los cuales eran deudores; que cobró á Don Pedro, porque fué á la primera casa que se dirijió, y que la cantidad cobrada la consignó en el Juzgado de Paz de Añasco, por haber sido denunciado ya. Y contestando al Sr. Fiscal, dijo; que el 14 de Abril se presentó en casa de Carrero á cobrarle las contri-

buciones, y á los 13, 14 ó 15 dias fué denunciado por el Cabo Quiñones; que cesó en el mes de Mayo, según recuerda. Y como el Ministerio Fiscal le refrescara la memoria, dijo; que tal vez fué el 24 de Abril, siendo denunciado en Mayo; que cobró la contribución á Don Pedro Ruiz como representante de la sucesión Ruiz, que estaba proindivisa; que sin embargo de esto, preguntó á Don Pedro por sus hijos; que no prestó fianza como comisionado de apremios.   La sentencia de la Corte de Distrito es como sigue:

*Sentencia.* En esta causa seguida contra Juan Bautista Garcia Rios, por virtud de una acusación del Sr. Fiscal, por el delito de extorsión, resultó probado en el juicio el hecho siguiente: que el acusado, en el mes de Abril del año próximo pasado, sin que conste con precisión el dia, pretextando derecho para ello como funcionario público, en virtud de ser comisionado de apremios del Ayuntamiento de Añasco, se presentó en la casa de Pedro Ruiz Carrero, en el barrio de Calvache del poblado del Rincón, cobrándole la suma de cinco pesos noventa y cinco centavos, por contribuciones adeudadas al parecer, por otros individuos nombrados Andres, Domingo, Sixto y Ramón Ruiz, habiéndole entregado Ruiz la suma de cuatro pesos, que quiso devolver más tarde, trascurrido algunos dias, cuando ya habia sido denunciado dicho acusado. El Tribunal, por unanimidad condena al acusado Juan Bautista Garcia Rios, á la pena de cien dollars de multa, ó cien dias de Cárcel que sufrirá en la de esta Ciudad, y al pago de las costas. Mayagüez 23 de Abril de 1904. Arturo Aponte, J. A. Erwin, Enrique Gonzalez Darder.

Pascasio Fajardo Cardona, abogado de Juan Bautista Garcia, en la causa seguídale por extorsión, ante el Tribunal respetuosamente comparezco y digo: Que habiendo sido mi defendido condenado á la pena de cien dollars de multa ó cien dias de Cárcel y costas, siendo perjudicial á los intereses de mi cliente, anuncio el recurso de apelación, interesando se señale fianza para interponer el recurso. Sírvase el Tribunal tener por hecha la socilitud y señalar fianza para que permanezca mi defendido en libertad, mientras se sustancia el recurso. Mayagüez, Abril 23 de 1904.''

El mismo dia la Corte dictó la siguiente resolución:

"Por presentado el anterior escrito, se admite la apelaciou que interpone el acusado Juan Bautista Garcia Rios, por conducto de su

abogado representante, siempre que preste fianza en cantidad de doscientos dollars; y cumpla el Secretario lo que dispone el artículo 356 del Código de Enjuiciamiento Criminal; requiriendo al apelante para que consigne los diez dollars para las costas en el Supremo.''

En 10 de Mayo de 1904 la Corte Suprema acusó recibo de los autos. En 30 de Mayo de 1904 se dió traslado de los autos al Sr. Fiscal por término de diez dias. En 3 de Junio de 1904, el Fiscal presenta el siguiente informe:

''El presente es un recurso de apelación interpuesto contra una sentencia de la Corte de Distrito de Mayagüez, en un caso de extorsión. El Fiscal de la Corte de Distrito formuló su acusación debidamente jurada en 9 de Junio de 1903. En 15 de Junio se celebró el acto de arraignment y el acusado se declaró no culpable y solicitó juicio por jurado. Mas tarde el abogado del acusado renunció á su nombre el juicio por jurado y en 10 de Octubre el propio acusado compareció y ratificó la petición de su abogado.

En 15 de Abril de 1904, se celebró el juicio oral, levantándose la correspondiente acta en la cuál se ha dejado una ligera constancia de las pruebas practicadas. Y en 23 del propio Abril el Tribunal dictó sentencia condenando al acusado á la pena de cien dollars de multa, ó cien dias de Cárcel, y al pago de las costas. Contra esta sentencia es que se ha interpuesto el presente recurso, sin que exista pliego de excepciones, ni se hayan hecho alegaciones ante este Tribunal Supremo.''

### Fundamentos legales.

El artículo 456 y siguientes del Código Penal y 345 y siguientes del Código de Enjuiciamiento Criminal.

### Opinión del Fiscal.

No existe pliego de excepciones, ni en el acta se ha levantado protesta alguna. Simplemente se ha limitado el abogado á interponer el recurso. Siendo esto así, claro es que la verdadera cuestión no ha sido planteada.

Examinando, no obstante, las copias del record, no encontramos que á nuestro juicio se haya cometido error alguno por parte del tribunal que sea motivo suficiente para anular la sentencia dictada. Y en tal virtud impugnamos el recurso.

*Resolución que debe adoptarse.*

Debe declararse sin lugar el recurso, con las costas al recurrente.''

En 6 de Junio de 1904, cumplidos los requisitos preveni-dos por la ley, se señaló para la vista de dicha causa el 8 del corriente á las nueve de la mañana. Constituido dicho dia el Tribunal, en audiencia pública, tuvo lugar la vista con asis-tencia del Sr. Fiscal, quien impugnó el recurso, después de lo cual quedó terminado dicho acto. Después de revisar todos los autos, no aparece de ellos nada que pueda justificar la apelación ó la anulación de la sentencia. La culpabilidad del acusado es evidente y el castigo muy benigno. Se debe tra-tar de evitar que se presenten apelaciones inútiles como esta, que no tiene otro fin que el de hacer perder tiempo y demorar el castigo de los culpables. Se vé claramente que esta ape-lación ha sido interpuesta con el objeto de conseguir una de-mora. La sentencia debe confirmarse, con las costas á car-go del apelante.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones y Aso-ciados, Hernández y Figueras.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.